IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MICHAEL PITTO, | ) | No. CV 09-3023 JSW |
| Petitioner, | ) ) | [PROPOSED] ORDER |
| v. | ) ) | |
| JAMES A. YATES, Warden of the Pleasant Valley State Prison, | ) ) ) | |
| Respondent. | ) ) | |

On motion of petitioner and good cause appearing therefore, it is hereby ordered that petitioner be permitted to file a memorandum in support of his petition for a writ of habeas corpus on or before February 16, 2010.

DATED: January 26, 2010

_____
The Honorable Jeffrey S. White
United States District Judge