1
2
3
4
5
6
7
8
9

**IN THE UNITED STATES DISTRICT COURT**

10

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

11
12
13
14
15
16
17

| | |
|---|---|
| MICHAEL PITTO, | No.  CV 09-3023 JSW |
| Petitioner, | [PROPOSED] ORDER |
| v. | |
| JAMES A. YATES, Warden of the Pleasant Valley State Prison, | |
| Respondent. | |

18
19
20
21

On motion of petitioner and good cause appearing therefore, it is hereby ordered that petitioner be permitted to file a memorandum in support of his petition for a writ of habeas corpus on or before February 25, 2010.   This is Petitioner's final extension of time.

22

DATED: _February 24, 2010_
_____

23
24

_The Honorable Jeffrey S. White_
_United States District Judge_

25
26
27
28