IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MICHAEL PITTO,

    Plaintiff,

    v.

JAMES A. YATES,

    Defendant.

No. C 09-03023 JSW

**ORDER TO SHOW CAUSE**

Petitioner, Michael Pitto, a state prisoner, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.

**BACKGROUND**

Petitioner was convicted by a jury of, *inter alia*, transporting methamphetamine and possessing methamphetamine, and also found true the related enhancement that he had been armed in the commission of those offenses within the meaning of Penal Code § 12022 ("Section 12022"). Petitioner was sentenced to 18 years and 8 months in state prison in connection with his convictions and enhancement findings. This term included a four year sentence imposed in connection with the arming enhancement that accompanied the felony charge of transporting methamphetamine. Petitioner is currently incarcerated at Pleasant Valley State Prison in Coalinga, California.

**LEGAL CLAIMS**

Petitioner seeks habeas relief and challenges the enhancement finding made pursuant to Section 12022 and the related four-year portion of his sentence on the grounds that they are

founded on a deprivation of his federal constitutional rights under Article I, §§ 9, 10 and the Fifth, Sixth, and Fourteenth Amendments to the United States Constitution. Petitioner contends that the trial court's instructions dispensed with key components of the "faciliative nexus" requirement that inhered in Section 12022. Liberally construed, the claims appear potentially colorable under 28 U.S.C. § 2254 and merit an answer from Respondent.

**CONCLUSION**

For the foregoing reasons and for good cause shown:

1. The Clerk shall serve by certified mail a copy of this Order and the petition, and all attachments thereto upon Respondent and Respondent's attorney, the Attorney General of the State of California.

2. Respondent shall file with the Court and serve on Petitioner, within 60 days of the date of this Order, an answer conforming in all respects to Rule 5 of the Rules Governing Section 2254 Cases, showing cause why a writ of habeas corpus should not be issued. Respondent shall file with the answer and serve on Petitioner a copy of all portions of the administrative record that are relevant to a determination of the issues presented by the petition.

3. If Petitioner wishes to respond to the answer, he shall do so by filing a traverse with the Court and serving it on Respondent within 30 days of his receipt of the answer.

**IT IS SO ORDERED.**

Dated: March 4, 2010

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE