IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MICHAEL PITTO,

                                    Petitioner,

            v.

JAMES A. YATES,

                                    Respondent.

Case No. C 09-03023 JSW

~~[PROPOSED]~~ ORDER

IT IS HEREBY ORDERERD that the time within which respondent is to respond to the Order to Show Cause filed March 4, 2010, and provide the state court record, will be extended to July 2, 2010.  Petitioner's traverse, if any, shall be filed and served within 30 days of service of an answer or otherwise responsive pleading.

Dated:  _____May 4, 2010_____

_____
The Honorable Jeffrey S. White

1