1

2

3

4

5

6

7

8

9 **IN THE UNITED STATES DISTRICT COURT**

10 **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

11

12 MICHAEL PITTO,   ) No. CV 09-3023 LHK

          )

13   Petitioner,   ) **[PROPOSED] ORDER**

          )

14    v.     )

          )

15 JAMES A. YATES, Warden of the )

16 Pleasant Valley State Prison,  )

          )

17   Respondent.   )

          )

18

19    On motion of petitioner and good cause appearing therefore, it is hereby ordered that

20 petitioner be permitted to file his traverse and supporting memorandum on or before October 1,

2010.

21

22 DATED: _September 2, 2010_

23               _Lucy H. Koh_

24           The Honorable Lucy H. Koh

25           United States District Judge

26

27

28