# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL PITTO, | No. CV 09-3023 LHK |
| Petitioner, | **ORDER** |
| v. | |
| JAMES A. YATES, Warden of the Pleasant Valley State Prison, | |
| Respondent. | |

On motion of petitioner and good cause appearing therefore, it is hereby ordered that petitioner be permitted a final extension of time to file his traverse and supporting memorandum on or before November 1, 2010.

DATED: October 1, 2010

*Lucy H. Koh*

The Honorable Lucy H. Koh
United States District Judge