**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL PITTO,<br><br>    Petitioner,<br><br>        v.<br><br>JAMES A. YATES, Warden of the<br>Pleasant Valley State Prison,<br><br>    Respondent. | No.  CV 09-3023 LHK<br><br>[~~PROPOSED~~] ORDER |

On motion of petitioner and good cause appearing therefore, it is hereby ordered that petitioner be permitted to file his traverse and supporting memorandum on or before November 22, 2010.

DATED: November 3, 2010

_____
*Lucy H. Koh*
The Honorable Lucy H. Koh
United States District Judge