1
2
3
4
5
6
7
8

9           **IN THE UNITED STATES DISTRICT COURT**

10          **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

11

12  MICHAEL PITTO,                          )     No.   CV 09-3023 LHK
                                           )
13          Petitioner,                     )     [~~PROPOSED~~] ORDER
                                           )
14          v.                              )
                                           )
15  JAMES A. YATES, Warden of the           )
    Pleasant Valley State Prison,           )
16                                          )
                                           )
17          Respondent.                     )
    _____ )

18

19          On motion of petitioner and good cause appearing therefore, it is hereby ordered that

20  petitioner be permitted to file his traverse and supporting memorandum on or before November

    24, 2010.
21                    November 22, 2010
    DATED: _____

22

23                                           _Lucy H. Koh_____
                                            The Honorable Lucy H. Koh
24                                           United States District Judge

25
26
27
28